# Superior Court of the District of Columbia
CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

Marcia D. Holmes

vs.

Friendship Public Charter School, et al.

Case Number: 05-0009731

Date: _____

| | |
|---|---|
| Name: (please print) Johnnie Bond, Esq. | Relationship to Lawsuit |
| Firm Name: Temple Law Offices | [XX] Attorney for Plaintiff |
| Telephone No.: 202-628-1101    Unified Bar No.: 485488 | [ ] Self (Pro Se)    Other: _____ |

TYPE OF CASE:  [ ] Non-Jury    [XX] 6 Person Jury    [ ] 12 Person Jury

Demand: $ 500,000.00    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No. _____ Judge _____ Calendar # ____

Case No. _____ Judge _____ Calendar # ____

NATURE OF SUIT: (Check One Box Only)

A. CONTRACTS
- [X] 01 Breach of Contract
- [ ] 02 Breach of Warranty
- [ ] 06 Negotiable Instrument
- [ ] 15 Other: ____
- [ ] 07 Personal Property
- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance

COLLECTION CASES
- [ ] 14 Under $25,000 Pltf. Grants Conse
- [ ] 16 Under $25,000 Consent Denied
- [ ] 17 OVER $25,000

**FILED**
JAN - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 0019

B. PROPERTY TORTS
- [ ] 01 Automobile
- [ ] 02 Conversion
- [ ] 03 Destruction of Private Property
- [ ] 04 Property Damage
- [ ] 05 Trespass
- [ ] 06 Other: ____

C. PERSONAL TORTS
- [ ] 01 Abuse of Process
- [ ] 02 Alienation of Affection
- [ ] 03 Assault and Battery
- [ ] 04 Automobile
- [ ] 05 Deceit (Misrepresentation)
- [ ] 06 False Accusation
- [ ] 07 False Arrest
- [ ] 08 Fraud
- [ ] 09 Harassment
- [ ] 10 Invasion of Privacy
- [ ] 11 Libel and Slander
- [ ] 12 Malicious Interference
- [ ] 13 Malicious Prosecution
- [ ] 14 Malpractice Legal
- [ ] 15 Malpractice Medical
- [ ] 16 Negligence
- [ ] 17 Personal Injury
- [ ] 18 Wrongful Death
- [ ] 19 Wrongful Eviction
- [ ] 20 Other: ____
- [ ] 21 Asbestos
- [ ] 22 Toxic/Mass Torts

EXHIBIT 3

SEE REVERSE SIDE AND CHECK HERE [ ] IF USED

Form CV(6)-496/Nov. 90