FILED

JAN - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

| | |
|---|---|
| MARCIA D. HOMES, : | CASE NUMBER 1:06CV00019 |
| Plaintiff, : | JUDGE: Ricardo M. Urbina |
| v. : | DECK TYPE: General Civil |
| FRIENDSHIP PUBLIC CHARTER SCHOOL, INC. d/b/a FRIENDSHIP-EDISON PUBLIC CHARTER SCHOOL CARTER G. WOODSON CAMPUS and EDISON SCHOOLS INC., : | DATE STAMP: 01/6/2006 |
| Defendants. : | |

---

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS EDISON SCHOOLS INC. AND FRIENDSHIP PUBLIC CHARTER SCHOOL INC. UNDER LCv 7.1

Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the District of Columbia, defendants Edison Schools Inc. and Friendship Public Charter School Inc. hereby submit this Corporate Disclosure Statement as follows:

I, the undersigned counsel of record, for Edison Schools Inc. and Friendship Public Charter School Inc., certify that to the best of my knowledge and belief, that Edison Schools Inc. and Friendship Public Charter School Inc. do not have any parent company, subsidiary or affiliate that has outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Laura N. Steel, Esquire (DC Bar 367174)
The Colorado Building
1341 G Street, NW
Suite 500
Washington, D.C. 20005
(202) 626-7660 (telephone)
(202) 628-3606 (facsimile)
Email laura.steel@wilsonelser.com

*Counsel for defendants, Edison Schools Inc. and Friendship Public Charter School Inc.*

220596.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Corporate Disclosure of Defendant, Edison Schools Inc. and Friendship Public Charter School Inc. was served by electronic court filing this 6th day of January 2006, upon:

>Johnnie D. Bond, Jr.
>Donald M. Temple, PC
>1229 15th Street, NW
>Washington, DC 20005

/s/ Laura N. Steel
Laura N. Steel

220596.1