**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MARCIA D. HOLMES** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | Civil No: 1:06-CV-00019 RMU |
| | : | |
| **FRIENDSHIP PUBLIC** | : | |
| **CHARTER SCHOOL, INC. ET AL.** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF APPEARANCE**

The Clerk of this Court will please enter the appearance of Donald M. Temple, Esq. as counsel for Plaintiff Marcia D. Holmes in the above-captioned case.

                                                       Respectfully submitted,

                                                       _____/S/_____
                                                       Donald M. Temple, #408749
                                                       Johnnie D. Bond, Jr. #485488  *(Admission Pending)*
                                                       DONALD M. TEMPLE, PC
                                                       1229 15th Street, NW
                                                       Washington, D.C. 20005
                                                       (202) 628-1101 Phone
                                                       (202) 628-1149 Fax

                                                      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served by electronic court filing this 20th day of January 2006, upon:

Laura N. Steel, Esq.
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
1341 G. Street, N.W., 5th Floor
Washington, DC 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606

Counsel for Defendants

                                                                                        _____
                                                                                        Donald M. Temple, Esq.