UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA HOLMES | : |
| Plaintiff, | : Civil Action No. 1:06-cv-00019 RMU |
| v. | : Judge Ricardo M. Urbina |
| | : Next Event:   Proponent's Rule |
| | :                     26 (a)(2)(B) Statement |
| FRIENDSHIP-EDISON PUBLIC | : Due: June 30, 2006 |
| CHARTER SCHOOL INC. et al. | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, Marcia Holmes, by and though the undersigned counsel, pursuant to Fed.R.Civ.P. 15(a) and respectfully moves this Honorable Court for leave to file an amended complaint. Counsel has attempted to gain Defendants' consent to file this motion, however Defendants do not consent to this motion. Reasons in support therefore are more fully set forth in the attached Memorandum of Points and Authorities.

Respectfully submitted

DONALD M. TEMPLE, P.C.

_____/S/_____
Johnnie D. Bond, Jr., Esq. (#485488)
Donald M. Temple, Esq. (#408749)
1229 15th Street, N.W.
Washington, D.C. 20005
Telephone: 202-628-1101
Facsimile: 202-628-1149 fax

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARCIA HOLMES : | |
| : | |
| Plaintiff, : | Civil Action No. 1:06-cv-00019 RMU |
| v. : | Judge Ricardo M. Urbina |
| : | Next Event:  Proponent's Rule |
| : | 26 (a)(2)(B) Statement |
| FRIENDSHIP-EDISON PUBLIC : | Due: June 30, 2006 |
| CHARTER SCHOOL INC. et al. : | |
| : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, Marcia Holmes, by and though the undersigned counsel, pursuant to Fed. R. Civ. P. 15(a) and respectfully moves this Honorable Court for leave to file an amended complaint.

Leave to amend a complaint is a decision committed to the sound discretion of the trial court, exercised consistent with accepted legal principles. **See International Tours & Travel, Inc. V. Khali ,** 491 A.2d 1149 (1985). Additionally, in order to grant a litigant's motion for leave to amend a pleading, a judge need not consider the substantive merits of the amendments. **See Karr v. C. Dudley Brown & Assocs**., 567 A.2d 1306 (1989). Moreover, the Court of Appeals for the District of Columbia held in **Gordon v. Raven System & Research**, 462 A.2d 10 (1983), that it is the responsibility of the trial court, when exercising its discretion in permitting leave to amend, to fashion a ruling by balancing a variety of factors, including length of the pendency of the proceedings, the existence of bad faith or dilatory motive, prejudice to the opposing party, and the orderly administration of justice. The policy favoring resolution of cases

on the merits creates a virtual presumption that a Court should grant leave to amend where no good reason appears to the contrary.  **See Bennett v. Fun & Fitness of Silver Hill, Inc**. 434 A.2d 476 (1981).

Trial courts have wide discretion to grant or deny a motion to amend, the discretion accorded the trial court in deciding a motion for leave to amend is to be considered together with the prevailing spirit of liberalism in allowing such amendments when justice will be served.  **See Eagle Wine & Liquor Co. v. Silverberg Elec. Co.**, 402 A.2d 31 (1979).  Although the decision to grant a motion to amend a pleading is a matter of the trial court's discretion, whether there is a virtual lengthy delay, standing alone, is usually not a sufficient reason for the trial court to deny a motion to amend.  **See Howard University v. Good Food Services** 608 Ad 116 (1992).

**WHEREAS**, based on the discussion above and the authorities cited, Plaintiffs respectfully request that this Honorable Court grant the requested motion.

                                                   Respectfully submitted,

                                                   _____/S/_____
                                         Johnnie D. Bond, Jr., Esq. (#485488)
                                         Donald M. Temple, Esq. (#408749)
                                         DONALD M. TEMPLE, P.C.
                                         1229 15th Street, N.W.
                                         Washington, D.C. 20005
                                         Telephone: 202-628-1101
                                         Facsimile: 202-628-1149

                                         Attorneys for Plaintiff.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARCIA HOLMES** : | |
| : | |
| **Plaintiff,** : | Civil Action No. 1:06-cv-00019 RMU |
| v. : | Judge Ricardo M. Urbina |
| : | Next Event: Proponent's Rule |
| **FRIENDSHIP-EDISON PUBLIC** : | 26 (a)(2)(B) Statement |
| **CHARTER SCHOOL INC. et al.** : | Due: June 30, 2006 |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

This matter came before the court on Motion by Plaintiff to File Amended Complaint in this matter. Having been fully apprised of the issues herein, and in consideration of the defendant's opposition hereto it is hereby

**ORDERED**, Plaintiff's Motion for Leave to File Amended Complaint be and the same hereby is

**GRANTED**.

                                                                                                    _____
                                                                                                    Judge Ricardo M. Urbina

Copies to:

Johnnie D. Bond, Jr., Esq.                    Laura N. Steel, Esq.
Donald M. Temple, Esq.                      WILSON, ELSER, MOSKOWITZ,
1229 15th Street, N.W.                        EDELMAN & DICKER LLP
Washington, D.C. 20005                      1341 G. Street, N.W.
Attorney for Plaintiff                            The Colorado Building, 5th Floor
                                                              Washington, DC 20005
                                                              Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Motion for Leave to File Amended Complaint, Memorandum of Points and Authorities and the Proposed Order were served by electronic court filing this 16th day of May 2006, upon:

Laura N. Steel, Esquire
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
The Colorado Building
1341 G. Street, NW
Suite 500
Washington, DC 20005

_____/S/_____
Johnnie D. Bond, Jr., Esq.