UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCIA D. HOLMES** : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | Civil No: 1:06-CV-00019 RMU |
| : | Judge Ricardo M. Urbina |
| **FRIENDSHIP PUBLIC** : | Next Event:   Proponent's Rule |
| **CHARTER SCHOOL, INC. ET AL.** : | 26(a)(2)(B) Statement |
| : | Due: June 30, 2006 |
| Defendants. : | |

## PRAECIPE

The Clerk of this Court will please add Johnnie D. Bond, Jr. Esq. as counsel for Plaintiff Marcia D. Holmes in the above-captioned case to receive notice by electronic mail of all filings related to this matter at jbond@templelawoffices.com.

Respectfully submitted,

_____/S/_____
Johnnie D. Bond, Jr. #485488
Donald M. Temple #408749
DONALD M. TEMPLE, PC
1229 15th Street, NW
Washington, D.C. 20005
(202) 628-1101 Phone
(202) 628-1149 Fax

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Praecipe was served by electronic court filing this 16th day of May 2006, upon:

Laura N. Steel, Esq.
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
1341 G. Street, N.W., 5th Floor
Washington, DC 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606

Counsel for Defendants

_____/s/_____
Johnnie D. Bond, Jr., Esq.