UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

MARCIA D. HOLMES,                  :

    Plaintiff,                     :

                                       Civil No: 1:06-cv-00019 RMU

v.                                 :

FRIENDSHIP PUBLIC CHARTER          :
SCHOOL, INC. *et al*

                                  :

    Defendants.

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff, Marcia D. Holmes, and defendants, Edison Schools Inc. and Friendship Public Charter School Inc., all of the parties who have appeared in the above-captioned action, as evidenced by the respective signatures of counsel below, STIPULATE AND AGREE that plaintiff's Complaint, including any and all amendments thereto, and any and all claims and causes of action, are hereby dismissed *with prejudice* as to all parties, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_____
Laura N. Steel (DC Bar No. 367174)
1341 G Street, N.W., 5th Floor
Washington, D.C. 20005
(202) 626-7660
fax (202) 628-3606
Email laura.steel@wilsonelser.com

*Counsel for Defendants, Edison Schools Inc. and Friendship Public Charter School Inc.*

DONALD TEMPLE, P.C.,

_____   *Steel with consent*
Johnnie Bond, Jr. (DC Bar No. 485488)
1229 15th Street, N.W.,
Washington, D.C. 20005
(202) 628-1101
fax (202) 628-1149
Email jbond@templelawoffices.com

*Counsel for plaintiff, Marcia D. Holmes*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation of Dismissal With Prejudice was served by electronic court filing this 5th day of July 2006, upon:

Johnnie D. Bond, Jr.
Donald M. Temple, PC
1229 15th Street, NW
Washington, DC 20005

_____
Laura N. Steel